UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MRS. ELIZABETH ALEMU,<br><br>                    Plaintiff,<br><br>          v.<br><br>MEDICAL IMAGING NW,<br><br>                    Defendant. | CASE NO. C05-5535  RBL<br><br>ORDER ON NOTICE OF INTENT TO DISMISS COMPLAINT AGAINST DEFENDANT |

The Complaint in this cause was filed on August 15, 2005.  To date there has been no proof filed that the individual defendant has been served pursuant to FRCP 4(m).  The plaintiff has also failed to respond to the MINUTE ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT and to otherwise prosecute this action against the above-named defendant.  It is hereby

**ORDERED** that this Complaint may be dismissed, without further notice to plaintiff, against the defendant on December 19, 2005, unless proof of service is filed and/or the plaintiff shows good cause, in writing, for failure to effect such service upon the above-named defendant before that date.

DATED this 8th day of December, 2005.

_RONALD B. LEIGHTON_ (signature)

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order of Intent to Dismiss - 1