HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MRS. ELIZABETH ALEMU,

    Plaintiff,

    v.

MEDICAL IMAGING NW,

    Defendant.

Case No. C05-5535 RBL

ORDER

    THIS MATTER comes on before the above-entitled Court upon plaintiff's pro se Motion to Extend Deadlines [Dkt. #10].

    Having considered the entirety of the records and file herein, the Court finds and rules as follows:

    On August 12, 2005 plaintiff filed a pro se complaint alleging that she was discriminated against based upon her race by her employer, defendant Medical Imaging NW. This Court sent out an initial Scheduling Order setting the dates for a Fed. R. Civ. P. 26(f) conference, initial disclosures under Fed. R. Civ. P. 26(a)(1), and the filing of a Joint Status Report. In response to this Court's Show Cause Order, plaintiff requested an extension of time to serve the defendant. This Court granted the extension of time and reset the dates above. Plaintiff now requests a further extension of time for the Fed. R. Civ. P. 26(f) conference, initial disclosures, and Joint Status Report indicating that through a "pre-paid legal services panel" of which she is a member, she has been appointed attorney John Terry of Federal Way, WA. However, the docket reflects that no attorney has filed a Notice of Appearance on plaintiff's behalf.

1  In order to allow counsel to make an appearance in this matter and to comply with the Scheduling
2  Order of this Court, the Court will grant one further extension of time.  The Fed. R. Civ. P. 26(f) conference
3  deadline is May 19, 2006, initial disclosures under Fed. R. Civ. P. 26 (a)(1) shall occur by May 26, 2006, and
4  the combined Joint Status Report and discovery plan under Fed. R. Civ. P. 26(f) and Local Rule 16 shall be
5  filed by June 2, 2006.  Plaintiff is cautioned that these dates are firm and if no attorney appears on her behalf,
6  she will still be expected to comply with the above dates.  The failure of plaintiff to comply with the above
7  dates may result in the dismissal of her complaint.

8  **IT IS SO ORDERED.**

9  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
10 pro se.

11 Dated this 27th day of February, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE