HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MRS. ELIZABETH ALEMU,

    Plaintiff,

  v.

MEDICAL IMAGING NW,

    Defendant.

Case No. C05-5535 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's "Motion to Withdraw Case Voluntarily" [Dkt. #15].

Having considered the entirety of the records and file herein, the Court rules as follows:

**ORDERED** that plaintiff's motion is **GRANTED**. This case is dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 5th day of July, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1